UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

WARNER BROS. RECORDS INC., a Delaware
corporation; ATLANTIC RECORDING
CORPORATION, a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership; BMG MUSIC,
a New York general partnership; UMG
RECORDINGS, INC., a Delaware corporation;
and ARISTA RECORDS LLC, a Delaware limited          Case No. 07-C-214
liability company,

        Plaintiffs,

v.

JOHN BARTH

        Defendant.

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "One Step Closer," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "Who Will Save Your Soul," on album "Pieces of You," by artist "Jewel" (SR# 198-481);
- "Circles," on album "Morning View," by artist "Incubus" (SR# 306-181);
- "I Turn To You," on album "Christina Aguilera," by artist

- "Christina Aguilera" (SR# 274-004);
- "My Everything," on album "Revelation," by artist "98 Degrees" (SR# 270-025);
- "Unpretty," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "Margaritaville," on album "Under The Influence," by artist "Alan Jackson" (SR# 303-828);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated this 5th day of July, 2007.

    s/ William C. Griesbach
William C. Griesbach
U.S. District Judge